# FINANCIAL AFFIDAVIT

CJA 23

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**    REV. 1/90

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Zaira Mosa   FOR NS   AT NwK

| LOCATION NUMBER |
| --- |

PERSON REPRESENTED (Show your full name): **Poss CDS, Para**

| | |
| --- | --- |
| 1 ☒ Defendant — Adult | DOCKET NUMBERS |
| 2 ☐ Defendant — Juvenile | Magistrate: 15-9323 |
| 3 ☐ Appellant | District Court: |
| 4 ☐ Probation Violator | Court of Appeals: |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

in MV

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed

Name and address of employer: Longchamp Garden State Plza thing Brand

IF YES, how much do you earn per month? $ 1400

IF NO, give month and year of last employment — How much did you earn per month $

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED / SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No   IF YES, state total amount $ 250

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT — VALUE / DESCRIPTION

**DEPENDENTS**

MARITAL STATUS: ☒ SINGLE / ☐ MARRIED / ☐ WIDOWED / ☐ SEPARATED OR DIVORCED

Total No. of Dependents:

List persons you actually support and your relationship to them: I live at my parents

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
| --- | --- | --- |
| Sprint | $ 200 | $ 105. |
| Barita | $ 1500 | $ 100 |
| Student loans | $ 30,000 | $ 20. |
| Nordstrom | $ 2,000 | $ 100 |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ [signature]    11/18/15

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.